peterblasind

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAR -9 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PETER B. BLAS, <br><br> Defendant. | CRIMINAL CASE NO. **05-00022** <br><br> **INDICTMENT** <br><br> **ASSIMILATIVE CRIMES ACT - POSSESSION OF A CONCEALED WEAPON** <br> [10 G.C.A. §§ 60109, 60108(e) & 60121(c), and 18 U.S.C. §§ 7(3) & 13](Count 1) <br> (As a Felony) <br><br> **ENTERING MILITARY PROPERTY** <br> [18 U.S.C. § 1382](Count 2) <br> (As a Misdemeanor) |

THE GRAND JURY CHARGES:

## COUNT 1

**ASSIMILATIVE CRIMES ACT - POSSESSION OF A CONCEALED WEAPON**

On or about February 23, 2005, in the District of Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, the defendant, PETER B. BLAS, did knowingly carry a firearm that is a .357 caliber Colt King Cobra, serial number KK5916 with ammunition, in his motor vehicle in such a manner it could not be seen by the naked eye, but was

//

available for use by PETER B. BLAS, without having first received permission to so conceal said firearm, in violation of 10 G.C.A.§§ 60109, 60108(e) and 60121(c), and 18 U.S.C. §§ 7(3) and 13.

## COUNT 2

## ENTERING MILITARY PROPERTY

On or about February 23, 2005, in the District of Guam, the defendant, PETER B. BLAS, went upon a United States military reservation, to wit: Andersen Air Force Base, Guam, for a purpose prohibited by law or lawful regulation, that is, intending to engage in conduct in violation of Title 16, United States Code, Section 3372(a)(3)(A), and Title 5 Guam Code annotated, Section 63121, in violation of Title 18 United States Code, Section 1382.

Dated this 9th day of March 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney