AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

U.S. MARSHALS-GUAM
RECEIVED

-9 MAR 2005 14 00 00

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**PETER B. BLAS**
653-6320

(Name and Address of Defendant)

Case Number: CR-05-00____

**FILED**
DISTRICT COURT OF GUAM
MAR 10 2005
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | **Date and Time** |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Friday, March 11, 2005 at 2:00 p.m. |

To answer a(n)
X  Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

10:GCA 60109, 60108(e) & 60121(c) & 18:7(3) & 13 - ASSIMILATIVE CRIMES ACT - POSSESSION OF A CONCEALED WEAPON (COUNT 1) (As a Felony)

18:1382 - ENTERING MILITARY PROPERTY (COUNT 2) (As a Misdemeanor)

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**March 9, 2005**
Date

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 03/10/05 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:
Ta ling M. Taitano (Defendants wife)

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   03/10/05              J.L.G. Sales
              Date                  Name of United States Marshal

                                    S/DUSM
                                    (by) Deputy United States Marshal

Remarks:
Defendant claims to just have had surgery and summons was served to defendant through his spouse, named above.

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.