
FILED
DISTRICT COURT OF GUAM

MAR 14 2005

MARY L.M. MORAN
CLERK OF COURT



JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
PETER B. BLAS

### IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00022 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | RESCHEDULE ARRAIGNMENT |
| vs. ) | |
| ) | |
| PETER B. BLAS, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER TO RESCHEDULE ARRAIGNMENT

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Arraignment scheduled for Friday, March 11, 2005, at 2:00 p.m. be rescheduled for Tuesday, March 15, 2005, at 10:30 a.m.

The parties request this new Arraignment date as the defendant is recovering at home from recent surgery and can not be present on the March 11, 2005, date.

//

//

IT IS SO STIPULATED:

DATED: Mongmong, Guam, March 11, 2005

JOHN T. GORMAN
Attorney for Defendant
PETER B. BLAS

JOSEPH TOCK
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED that the Arraignment scheduled for Friday, March 11, 2005, at 2:00 p.m. be rescheduled for Tuesday, March 15, 2005, at 10:30 p.m.:

DATED: Hagatna, Guam, March 14, 2005.

The Honorable JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District of Guam



RECEIVED
MAR 14 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2