JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

FILED
DISTRICT COURT OF GUAM

MAR 15 2005

MARY L.M. MORAN
CLERK OF COURT

Attorney for Defendant
PETER B. BLAS

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00022 |
| ) | |
| Plaintiff, ) | WAIVER OF DEFENDANT"S |
| ) | APPEARANCE AT ARRAIGNMENT; |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| PETER B. BLAS, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the defendant, PETER B. BLAS, through counsel, John T. Gorman, Federal Public Defender, and requests this Court allow him to waive his appearance at his Arraignment on his Indictment filed March 9, 2005.

The defendant requests this Waiver of Appearance as he is currently recovering from surgery and is on bed rest. The defendant has received, read and understands the indictment and wishes a plea of Not Guilty be entered on his behalf.

DATED: Mongmong, Guam, March 11, 2005.

PETER B. BLAS
Defendant

JOHN T. GORMAN
Attorney for Defendant
PETER B. BLAS