

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**PETER B. BLAS,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. **05-00022**<br><br>O R D E R |
|---|---|

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to March 10, 2005.

Dated this 15TH day of March, 2005.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT OF GUAM