FILED
DISTRICT COURT OF GUAM
MAR 15 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00022-001**  **DATE:** 3/15/2005  **TIME:** 10:42 am

---

HON. JOAQUIN V. E. MANIBUSAN, Magistrate Judge | Law Clerk: Judith Hattori
Court Reporter: Wanda Miles | Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:36:05 - 1:44:37 | CSO: B. Benavente

**********************APPEARANCES***************************

**DEFT:** PETER B. BLAS   **ATTY:** JOHN GORMAN
(X) NOT PRESENT ( ) CUSTODY ( ) BOND (X) P.R.   (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** JOSEPH TOCK   **AGENT:**

**U.S. PROBATION:** ROBERT CARREON   **U.S. MARSHAL:** P. RABINA / S. LUJAN

**INTERPRETER:** _____   ( ) SWORN   **LANGUAGE:** _____
( ) PREVIOUSLY SWORN

---

**PROCEEDINGS:** INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT

( ) COMPLAINT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: FEDERAL PUBLIC DEFENDER, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___ HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(X) WAIVED READING OF ( ) COMPLAINT ( ) INFORMATION (X) INDICTMENT
(X) PLEA ENTERED: ( ) *GUILTY* (X) *NOT GUILTY* - TO: THE CHARGES CONTAINED IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
(X) TRIAL SET FOR: MAY 9, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
(X) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Mr. Gorman informed the Court that he filed a waiver of appearance this morning. Mr. Tock stated that defendant had just undergone surgery and that he received a copy of defendant's waiver and had no objection to proceeding with the hearing today. Mr. Tock recommended that defendant be released with the conditions previously set by this Court in Criminal Case No. CR-05-00018. No objection. GRANTED.

Courtroom Deputy: _____