JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
PETER B. BLAS

FILED
DISTRICT COURT OF GUAM
APR 12 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00022 |
| | ) | |
| Plaintiff, | ) | STIPULATION REGARDING |
| | ) | CONTINUANCE OF TRIAL DATE AND |
| vs. | ) | EXCLUDABLE TIME PERIODS UNDER |
| | ) | SPEEDY TRIAL ACT; [PROPOSED] |
| PETER B. BLAS, | ) | FINDINGS AND ORDER |
| | ) | |
| Defendant. | ) | Original Trial Date: May 9, 2005 |
| | ) | Proposed Trial Date: June 6, 2005 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, Joseph Tock, and defendant Peter B. Blas, by and through his attorney of record, Assistant Federal Public Defender, Kim Savo, as follows:

ORIGINAL

1. Defendant first appeared before a judicial officer in the court in which this charge is pending on February 24, 2005. The Indictment in this case was filed on March 9, 2005. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., originally required that trial commence on or before May 18, 2005.

2. On March 9, 2005, defendant was arraigned on the Indictment. The court set a trial date of May 9, 2005.

3. Assistant Federal Public Defender Kim Savo was newly assigned to represent Mr. Blas on April 5, 2005. Ms. Savo first met with Mr. Blas on April 7, 2005. Defense Counsel has not had sufficient time to review discovery and meet with Mr. Blas to exercise due diligence in preparation for trial.

4. The parties estimate that the trial in this matter will last approximately two to three days.

5. By this stipulation the parties jointly move that the trial date be continued from May 9, 2005 to June 6, 2005. Additionally, the parties jointly move that the date for hearing motions be continued from May 2, 2005 to May 30, 2005.

6. The parties agree and stipulate, and request that the court find the following:

a) Defense counsel requires additional time to conduct further investigation, file any necessary motions and to prepare to defend Mr. Blas at trial on the charged offense. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective representation of Mr. Blas and for effective preparation, taking into account the exercise of due diligence.

b) Based on the above stated findings, the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

(1) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence:

(I) The time period of May 9, 2005 to June 6, 2005 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge at the defendant's request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions fo the Speedy Trial Act dictate

//
//
//
//
//
//
//
//
//

that additional time periods are excludable from the period within which trial must commence.

DATED: Mongmong, Guam, April 8, 2005.

*signature*
KIM SAVO
Attorney for Defendant
PETER B. BLAS

DATED: Hagatna, Guam, _____.

*signature*
JOSEPH TOCK
Attorney for Plaintiff
United States of America

The period commencing 5/9/05 through 6/7/05, inclusive, shall be excluded pursuant to 18 USC Sec. 3161(h)(8)(A). Trial shall commence on June 7, 2005 at 9:00 a.m. Pretrial Motions shall be filed by May 17, 2005 and heard on May 31, 2005 at 10:00 a.m.

IT IS SO ORDERED.

DATED: Hagatna, Guam, April 12, 2005.

*signature*
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
APR 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4