

```
                                                            FILED
       IN THE UNITED STATES DISTRICT COURT        DISTRICT COURT OF GUAM
                       FOR THE
                 TERRITORY OF GUAM                      APR 13 2005

                                                      MARY L.M. MORAN
UNITED STATES OF AMERICA,       )                      CLERK OF COURT
              Plaintiff,        )    USDC Cr. Cs. No.: 05-00022-001
                                )
       vs.                      )                                    (10)
                                )
Peter B. Blas,                  )
              Defendant.        )
_____)
```

**Re:   Informational Report, No Action Requested**

On February 24, 2005, Peter B. Blas made an Initial Appearance in U.S.D.C. Criminal Case Number 05-00018 on a Complaint charging him with Assimilative Crimes Act-Possession of a Concealed Weapon, as a Felony, in violation of 10 GCA §§ 60109, 60108(e), and 60121(c) and 18 U.S.C. §§ 7(3) and 13. On March 9, 2005, an Informational Report was filed with the Court after Mr. Blas admitted to use of methamphetamine.

On March 9, 2005, an Indictment was handed down by the Federal Grand Jury, in U.S.D.C. Criminal Case Number 05-00022 charging the defendant with Assimilative Crimes Act-Possession of a Concealed Weapon, as a Felony, in violation of 10 GCA §§ 60109, 60108(e), and 60121(c) and 18 U.S.C. §§ 7(3) and 13 and Entering Military Property, as a Misdemeanor, in violation of 18 U.S.C. §1382. On March 17, 2005, the Complaint in U.S.D.C. Cr. Cs. No. 05-00018-001 was dismissed.

On March 18, 2005, Mr. Blas was released on a personal recognizance bond with conditions that he report to the U.S. Probation Office as directed; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; reside at Yigo, Guam; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether he is using a prohibited substance; and not come within 100 yards of any military installation, land, or federal property, except the U.S. Courthouse. He is alleged to have violated the following condition:

**Special Condition:** *The defendant shall submit to any method of testing required by the pretrial services office or supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweatpatch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.* Mr. Blas failed to provide a urine sample

Informational Report, No Action Requested
Re: BLAS, Peter B.
USDC Cr. Cs. No. 05-00022-001
April 12, 2005
Page 2

(stall) as required on March 23, 2005, March 31, 2005, and April 3, 2005. He failed to report for urinalysis on March 29, 2005. In addition, Mr. Blas failed to report to his probation officer the following day as required after each stall and the no show. On April 7, 2005, this officer met with Mr. Blas, who stated that he has difficulty urinating and sometimes voids two to three times per day. It is noteworthy to mention that on March 7, 2005, he underwent a hernia operation. His doctor, Bevlan Gesvani, provided a written note excusing him from work-type activities for a period of two weeks. This officer has instructed Mr. Blas to provide medical verification to substantiate his difficulty and inability to provide a urine sample as required.

It is recommended that this report be for informational purposes only and no action be taken at this time. Mr. Blas' attorney has been informed of the instruction to obtain medical verification for his condition. His compliance will be continue to be closely monitored. Any further violations will be reported to the Court accordingly.

Respectfully submitted,

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Joe Tock, Special Assistant U.S. Attorney
    John Gorman, Defense Attorney
    File