PS 42
(Rev. 7/93)

# United States District Court
## District Of

United States of America )
)
vs. )
)
Peter B. Blas )  Case No. 05-00022-001

FILED
DISTRICT COURT OF GUAM
MAY - 3 2005
MARY L.M. MORAN
CLERK OF COURT

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Peter B. Blas_____, have discussed with _____John W. San Nicolas II_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

1. The defendant shall participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. It is further ordered that the defendant make co-payment for treatment at a rate to be determined by the U.S. Probation Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4/26/05       _____  Apr 25, 2005
Signature of Defendant   Date          Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                              4/25/05
Signature of Defense Counsel                                       Date

[X] The above modification of conditions of release is ordered, to be effective on _____4/25/05_____.
[ ] The above modification of conditions of release is *not* ordered.

_____                                              5/3/05
Signature of Judicial Officer/Joaquin V.E. Manibusan, Jr.          Date
U.S. Magistrate Judge