ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 25 2005
MARY L.M. MORAN
CLERK OF COURT

pblasgjt

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00022 |
|---|---|
| Plaintiff, | ) |
| vs. | ) UNITED STATES' MOTION |
| | ) TO RELEASE GRAND JURY |
| PAUL B. BLAS, | ) TRANSCRIPT |
| Defendant. | ) |

COMES NOW the United States and moves this Honorable Court for an order allowing the release to defense counsel, Kim Savo, of the testimony of witnesses who appeared before the Grand Jury in this matter and who will testify at trial. Presently, these transcripts are sealed pursuant to Federal Rules of Criminal Procedure 6(e); counsel is entitled to receive them after the witnesses' testimony pursuant to 18 U.S.C. § 3500.

This motion is made for the reason that release of these documents prior to the testimony of these witnesses will expedite the timely conduct of the trial itself.

Respectfully submitted this 24th day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
JOSEPH TOCK
Special Assistant U.S. Attorney