peterblasgjt

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00022 |
| Plaintiff, | |
| vs. | **ORDER RELEASING GRAND JURY TRANSCRIPTS** |
| PETER B. BLAS, | |
| Defendant. | |

Based on the government's motion to release grand jury transcripts, the Court hereby orders the release, to defense counsel in the above-entitled case, of all grand jury transcripts containing testimony of witnesses who have appeared before the Federal Grand Jury in this matter.

Dated this 26th day of May 2005.

JOAQUIN V.E. MANIBUSAN, Jr.
Magistrate Judge
District Court of Guam

**RECEIVED**
MAY 25 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM