peterblasexh

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 31 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00022 |
| Plaintiff, | |
| vs. | **UNITED STATES' EXHIBIT LIST** |
| PETER B. BLAS, | |
| Defendant. | |

COMES NOW the United States and hereby files with the Court a list of proposed exhibits to be introduced in its case-in-chief.

Respectfully submitted this 31st day of May 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ JOSEPH TOCK
Special Assistant U.S. Attorney

## UNITED STATES EXHIBIT LIST

| No. | Exhibit |
|---|---|
| 1 | Machette |
| 2 | Pellet Rifle |
| 3 | Norinco SKS, Serial No. 93-02257 |
| 4 | Ammunition from inside of SKS, two clips multiple rounds |
| 5 | More rounds for SKS, found with other ammunition |
| 6 | Firearms Registration for Norinco SKS |
| 7 | Firearms I.D. Card (non-concealed) |
| 8 | Black Nylon Bag |
| 9 | Colt King Cobra, .357 Caliber revolver, Serial No. KK5916 |
| 10 | Registration for Colt King Cobra, .357 caliber revolver, Serial No. KK5916 |
| 11 | Laboratory Report, dated March 3, 2005 |
| 12 | Holster for Colt King Cobra |
| 13 | Speed Loaders (3), two with ammunition (6 rounds each, hollow point), Speed Loader Pouch, 12 separate .357 caliber rounds |
| 14 | Black Pouch containing three headlamps, two flashlights, 12 batteries and tin of .177 caliber pellets |
| 15 | Picture of area apprehended |
| 16 | Picture of area where defendant was exiting the jungle |
| 17 | Picture of area where SKS was thrown |
| 18 | Picture of Andersen Building near area where entry was made |
| 19 | Picture of entry area and worn track showing Rt. 1 |
| 20 | Picture of trail toward area where apprehended |

2

| | | |
|---|---|---|
| 21 | | Picture of power line area near where apprehended |
| 22 | | Picture of exit onto paved road toward Andersen South |
| 23 | | Picture of Andersen AFB Property sign in jungle from access road |
| 24 | | Close-up picture of same sign |
| 25 | | Andersen South Map |
| 26 | | Andersen South Map with Route Taken by Defendant |
| 27 | | Statement of Defendant dated February 23, 2005 |