ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 31 2005
MARY L.M. MORAN
CLERK OF COURT

peterblaswitness

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00022 |
|---|---|
| Plaintiff, | ) |
| vs. | ) UNITED STATES WITNESS LIST |
| PETER B. BLAS, | ) |
| Defendant. | ) |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of voir dire.

1. Capinas, Paul J
   Msgt, USAF
   36th Security Police Squadron, Andersen AFB, Guam

2. Staufer, Regina E.
   Tsgt, USAF
   36th Security Police Squadron, Andersen AFB, Guam

3. San Pedro, Richard L.S.
   Ssgt, USAF
   36th Security Police Squadron, Andersen AFB, Guam

4. Retz, Mary E.
   Amn, 36th Security Police Squadron, Andersen AFB, Guam

5. Ragadio, Richard
   Conservation Officer, Guam Department of Fish and Wildlife

6. Aguon, Paul C.
   Conservation Officer, Guam Department of Fish and Wildlife

| | | |
|---|---|---|
| 1 | 7. | Gumataotao, Barbara<br>Real Estate Specialist, 36 ABW Civil Engineer Squadron |
| 2 | | |
| 3 | 8. | Guerrero, Karen<br>Records Custodian, Guam Police Department Firearms Records Section |
| 4 | 9. | John Gormley - or substitute plotter specialist<br>Captain, USAF, Chief Geobase Systems |
| 5 | | 36th ABW, Civil Engineer Squadron, |
| 6 | 10. | Casey Odgen<br>36th ABW, Civil Engineer Squadron |
| 7 | | |
| 8 | 11. | Chad Umpeg<br>Ssgt, USAF<br>36th ABW, Civil Engineer Squadron |
| 9 | 12. | J.S. Tyquingco |
| 10 | | Guam Police Department |

Respectfully submitted this 31st day of May 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
JOSEPH TOCK
Special Assistant U.S. Attorney