peterblasequip

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00022 |
| Plaintiff, | ) ) | **GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT;** |
| vs. | ) ) | **AND ORDER** |
| PETER B. BLAS, | ) ) | |
| Defendant. | ) ) | |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning June 7, 2005.

RESPECTFULLY SUBMITTED this 31st day of May 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JOSEPH TOCK
Special Assistant U. S. Attorney

**APPROVED AND SO ORDERED** this 1st day of June 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District of Guam

RECEIVED
MAY 31 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM