%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **GUAM**

FILED DISTRICT COURT OF GUAM
JUN - 6 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS--GUAM RECEIVED
-3 JUN 2005 14 00 01

UNITED STATES OF AMERICA

V.

PETER BENAVENTE BLAS

**WARRANT FOR ARREST**

Case Number: CR-05-00022

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **PETER BENAVENTE BLAS**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice

charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED
(See attached Petition and Violation Report)

in violation of Title **18** United States Code, Section(s) **3148**

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 6/2/2005    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USMS Admin., Hagatna, Guam

| DATE RECEIVED 06/03/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 06/06/05 | Walter Gray / SDUSM | /s/ |