UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| United States of America<br>Plaintiff,<br><br>vs.<br><br>BLAS, Peter Benavente,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | USDC Cr. Cs. No. 05-00022-001<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br>JUN -6 2005<br>MARY L.M. MORAN<br>CLERK OF COURT |

**Re:** **Supplemental Violation Report; Additional Violation Conduct**

On February 24, 2005, Peter B. Blas made an Initial Appearance in U.S.D.C. Criminal Case Number 05-00018 on a Complaint charging him with Assimilative Crimes Act-Possession of a Concealed Weapon, as a Felony, in violation of 10 GCA §§ 60109, 60108(e), and 60121(c) and 18 U.S.C. §§ 7(3) and 13. On the same date he was released on a personal recognizance bond with various conditions. On March 9, 2005, an Informational Report was filed with the Court after Mr. Blas admitted to use of methamphetamine.

On March 9, 2005, an Indictment was handed down by the Federal Grand Jury, in U.S.D.C. Criminal Case Number 05-00022 charging the defendant with Assimilative Crimes Act-Possession of a Concealed Weapon, as a Felony, in violation of 10 GCA §§ 60109, 60108(e), and 60121(c) and 18 U.S.C. §§ 7(3) and 13 and Entering Military Property, as a Misdemeanor, in violation of 18 U.S.C. §1382. On March 17, 2005, the Complaint in U.S.D.C. Cr. Cs. No. 05-00018-001 was dismissed. On March 18, 2005, Mr. Blas was released on the same conditions previously ordered. On April 13, 2005, an Informational Report was filed with the Court after Mr. Blas failed to provide urine samples for urinalysis and failed to report for urinalysis. On May 3, 2005, conditions were modified by the Court to include that Mr. Blas participate in drug treatment. On June 1, 2005, a violation report was filed with the Court requesting a warrant of arrest be issued for a positive drug test and for failure to comply with urinalysis and counseling requirements. The defendant is alleged to have violated the following additional condition:

**Special Condition: Special Condition:** *The defendant shall submit to any method of testing required by the pretrial services office or supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweatpatch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.* On May 20, 2005,

Supplemental Violation Report; Additional Violation Conduct
Re:   BLAS, Peter Benavente
USDC Cr. Cs. No. 05-00022-001
June 6, 2005
Page 2

May 26, 2005, May 28, 2005, and May 31, 2005, Mr. Blas failed to report for urinalysis. In addition, he failed to report to this probation officer for compliance meetings the following day as required after each no show. This is Mr. Blas' sixth documented non-appearance for urinalysis. On June 1, 2005, Mr. Blas was terminated from the substance abuse testing and treatment program for willful failure to comply with requirements of the program.

**Supervision Compliance:** The probation officer has no information that suggests that the defendant has not complied with other conditions of pretrial release.

**Recommendation:** The probation officer respectfully requests that the Court incorporate this information with the violation report previously submitted to the Court on June 1, 2005.

Respectfully submitted,

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Joseph Tock, Special Assistant U.S. Attorney
      Kim Savo, Defense Attorney
      File