peterblasexh

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN - 6 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00022 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' SECOND AMENDED EXHIBIT LIST** |
| PETER B. BLAS, ) | |
| Defendant. ) | |

COMES NOW the United States and hereby files with the Court a list of proposed exhibits to be introduced in its case-in-chief.

Respectfully submitted this 6th day of June 2005.

                                                   LEONARDO M. RAPADAS
                                                 United States Attorney
                                                 Districts of Guam and NMI

                                   By: _____
                                                 JOSEPH TOCK
                                                 Special Assistant U.S. Attorney

| | | **UNITED STATES EXHIBIT LIST** | | |
|---|---|---|---|---|
| No. | | Exhibit | Identified | Admitted |
| 1 | | Machette | _____ | _____ |
| 2 | | Pellet Rifle | _____ | _____ |
| 3 | | Norinco SKS, Serial No. 93-02257 | _____ | _____ |
| 4 | | Ammunition from inside of SKS, two clips multiple rounds | _____ | _____ |
| 5 | | More rounds for SKS, found with other ammunition | _____ | _____ |
| 6 | | Firearms Registration for Norinco SKS | _____ | _____ |
| 7 | | Firearms I.D. Card (non-concealed) | _____ | _____ |
| 8 | | Black Nylon Bag | _____ | _____ |
| 9 | | Colt King Cobra, .357 Caliber revolver, Serial No. KK5916 | _____ | _____ |
| 10 | | Registration for Colt King Cobra, .357 caliber revolver, Serial No. KK5916 | _____ | _____ |
| 11 | | Laboratory Report, dated March 3, 2005 | _____ | _____ |
| 12 | | Holster for Colt King Cobra | _____ | _____ |
| 13 | | Speed Loaders (3), two with ammunition (6 rounds each, hollow point), Speed Loader Pouch, 12 separate .357 caliber rounds | _____ | _____ |
| 14 | | Black Pouch containing three headlamps, two flashlights, 12 batteries and tin of .177 caliber pellets | _____ | _____ |
| 15 | | Picture of area apprehended | _____ | _____ |
| 16 | | Picture of area where defendant was exiting the jungle | _____ | _____ |
| 17 | | Picture of area where SKS was thrown | _____ | _____ |
| 18 | | Picture of Andersen Building near area where entry was made | _____ | _____ |
| 19 | | Picture of entry area and worn track showing Rt. 1 | _____ | _____ |
| 20 | | Picture of trail toward area where apprehended | _____ | _____ |
| 21 | | Picture of power line area near where apprehended | _____ | _____ |
| 22 | | Picture of exit onto paved road toward Andersen South | _____ | _____ |
| 23 | | Picture of Andersen AFB Property sign in jungle from access road | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| 24 | Close-up picture of same sign | | _____ | _____ |
| 25 | Andersen South Map | | _____ | _____ |
| 26 | Andersen South Map with Route Taken by Defendant | | _____ | _____ |
| 27 | Statement of Defendant dated February 23, 2005 | | _____ | _____ |
| 28 | Photo of Andersen Property Sign | | _____ | _____ |
| 29 | Photo of Andersen Property Sign (2) | | _____ | _____ |
| 30 | Photo of Andersen South Sign | | _____ | _____ |





DON'T BE A LITTERBUG USE RECEPTACLES





