IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



CASE NO. CR-05-00022-001        DATE: 06/06/2005        TIME: 2:29 p.m.

HON. RICARDO S. MARTINEZ, Designated Judge, Presiding        Law Clerk: None Present
Court Reporter: Wanda Miles        Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:29:45 - 3:03:20        CSO: D. Quinata / J. Lizama

* * * * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: PETER B. BLAS**                        **ATTY: KIM SAVO**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK            AGENT:

U.S. PROBATION: JOHN SAN NICOLAS        U.S. MARSHAL: F. TAITAGUE / S. LUJAN

INTERPRETER:_____        ( ) SWORN        LANGUAGE:_____
                                 ( ) PREVIOUSLY SWORN

**PROCEEDINGS:**   - ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS
                    SHOULD NOT BE REVOKED
                 - PRETRIAL CONFERENCE

( ) ALLEGATIONS STATED BY THE GOVERNMENT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE
    VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( X ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____

( X ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL RELEASE
( ) REVOCATION OF PROBATION/SUPERVISED RELEASE ___ GRANTED __ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED (see Revocation or Amended Judgment)
( ) CONDITIONS MODIFIED OR CONTINUED ( see reverse )
( ) PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO REMAIN AT LIBERTY
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**
Government recommended detention pending trial. Defense counsel argued for Defendant's continued release. Probation Officer John San Nicolas stated the allegations. The Court revoked Defendant's pretrial release. Counsel argued whether the sentencing guidelines will apply in this case.

Government had no objection to Defendant's Motion in Limine. The Court GRANTED the motion.

The Parties and the Court discussed jury selection, instructions, voir dire, witnesses, exhibits and courtroom procedures. The Court stated that any physical evidence presented will not be given directly to the jurors for examination. The jurors will examine physical evidence in the Courtroom.

Government and Defense stated that the trial will take two days.