JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
PETER B. BLAS


FILED
DISTRICT COURT OF GUAM
JUN -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00022 |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S AMENDED EXHIBIT |
| | ) | LIST |
| vs. | ) | |
| | ) | |
| PETER B. BLAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, Peter B. Blas, by and through his attorney of record, Assistant Federal Public Defender Kim Savo, respectfully lodges a list of proposed exhibits to be introduced in his case-in-chief.

| LTR. | DESCRIPTION | Date Identified | Admitted |
|------|-------------|-----------------|----------|
| A. | Photograph of Def.'s Truck | | |
| B. | Photograph of Driver's Side Door | | |
| C. | Photograph of Passenger Seat | | |
| D. | Photograph View of Cab Interior | | |
| E. | Photograph View Behind Driver's Seat | | |
| F. | Photograph View Behind Passenger's Seat | | |
| G. | Coca Cola Bottle, 1943, Salt Lake City | | |
| H. | Coca Cola Bottle, 1944, Oakland | | |

DATED: Mongmong, Guam, June 7, 2005.

*/s/ Kim Savo*
KIM SAVO
Attorney for Defendant
PETER B. BLAS

2

## CERTIFICATE OF SERVICE

I, KIM SAVO, hereby certify that a true and exact copy of the foregoing document was hand-delivered to the following on June 7, 2005:

JOSEPH TOCK
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, June 7, 2005.

_____
KIM SAVO
Attorney for Defendant
PETER B. BLAS