DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL



CASE NO. CR-05-00022        DATE: 06/07/2005        TIME: 9:14 a.m.
**********************************************************************************************
HON. RICARDO S. MARTINEZ, Designated Judge, Presiding     Law Clerk: None Present
Official Court Reporter: Wanda Miles                       Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:14-22 - 9:20:17; 9:31:18 - 1:10:17   CSO: N. Edrosa / J. Lizama / B. Benavente
11:38:18-12:09:40; 1:36:37-3:03:08; 3:23:06-4:20:10; 4:34:50-4:39:40
*************************** A P P E A R A N C E S ***************************

**DEFT  PETER B. BLAS**                                    **ATTY  KIM SAVO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.           ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK                                 AGENT:

U.S. PROBATION:                                            U.S. MARSHAL: S. LUJAN / F. TAITAGUE

*********************************************************************************************************

**DAY NO.  1  OF TRIAL**
( ) JURY TRIAL
( X ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE   X  Plaintiff   X  Defendant
( X ) WITNESSES SWORN AND EXAMINED        ( X ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ____Plaintiff ____Defendant
( ) TRIAL/DELIBERATION CONTINUED TO:_____ at _____
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT _____  ( ) JURY RETURNS VERDICT AT: _____
( ) JURY VERDICT: _____
( ) JURY POLLED   ( ) POLLING WAIVED   ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( ) OTHER MATTER(s):

The Court informed counsel and the jurors that trial will begin at 9:00 a.m. and end at 4:30 p.m. with a mid-morning and mid-afternoon break.

Government moved to admit into evidence Exhibits 1 through 30 with the exception of Exhibit 26. No objection. GRANTED. Defense moved to admit Exhibits A through F. She stated she will offer Exhibits G and H during trial once she presents the factual basis and foundation. No objection. GRANTED.

Defense moved for a judgment of acquittal based on the insufficiency of the evidence. The Court DENIED the motion.

Defense moved to admit Exhibits G and H into evidence. No objection. GRANTED. Government moved to admit Exhibit 26 and 31 into evidence. No objection. GRANTED.

Defense renewed its Rule 29 motion. Government objected. The Court DENIED the motion and stated its reasons.

The Court and counsel discussed jury instructions. After side bar conference with Counsel Juror No. 9 excused.

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

**UNITED STATES OF AMERICA**

V.

**PETER B. BLAS**

**EXHIBIT AND WITNESS LIST**

Case Number: CR-05-00022

| PRESIDING JUDGE **RICARDO S. MARTINEZ** | PLAINTIFF'S ATTORNEY **JOSEPH TOCK** | DEFENDANT'S ATTORNEY **KIM SAVO** |
|---|---|---|
| HEARING DATE (S) **JUNE 7, 2005** | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY **VIRGINIA T. KILGORE** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | TRIAL - DAY 1 |
| | | | | | | Opening Statement by Mr. Tock |
| | | | | | | Opening Statement by Ms. Savo |
| | | | | | | **(TIME 1:39:27 P.M.)** |
| | | | | | | **Mr. Tock called Officer Richard Ragadio as a witness** |
| | 3 | | 6/7/05 | 6/7/05 | 6/7/05 | Norinco SKS, Serial No. 93-02257 |
| | | | | | | End of DX 1:56:57 |
| | | | | | | CX By Ms. Savo **(1:57:03)** |
| | 6 | | 6/7/05 | 6/7/05 | 6/7/05 | Firearms Registration for Norinco SKS |
| | | | | | | Re-DX by Mr. Tock **(2:04:33)** |
| | | | | | | Re-CX by Ms. Savo **( 2:07:03)** |
| | | | | | | Witness excused (2:09:50) |
| | | | | | | **Mr. Tock called Officer Paul C. Aguon as a witness (2:11:00)** |
| | 2 | | 6/7/05 | 6/7/05 | 6/7/05 | Pellet Rifle |
| | | | | | | CX by Ms. Savo **(2:19:50)** |
| | | | | | | Re-DX by Mr. Tock **(2:22:07)** |
| | 1 | | | 6/7/05 | 6/7/05 | Machette |
| | | | | | | Re-CX by Ms. Savo **(2:23:56)** |
| | | | | | | Witness excused 2:24:26 |
| | | | | | | **Mr. Tock called Officer Paul J. Capinas as a witness (2:25:00)** |
| | 20 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of trail toward area where apprehended |
| | 30 | | 6/7/05 | 6/7/05 | 6/7/05 | Photo of Anderson South Sign |
| | 29 | | 6/7/05 | 6/7/05 | 6/7/05 | Photo of Anderson Property Sign (2) |
| | 21 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of power line area near where apprehended |
| | 15 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of area apprehended |
| | 23 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of Andersen AFB Property sign in jungle from access road |
| | 24 | | 6/7/05 | 6/7/05 | 6/7/05 | Close-up picture of same sign |
| | 16 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of area where defendant was exiting the jungle |
| | 17 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of area where SKS was thrown |
| | 2 | | 6/7/05 | 6/7/05 | 6/7/05 | Pellet Rifle |
| | 8 | | 6/7/05 | 6/7/05 | 6/7/05 | Black Nylon Bag |
| | 12 | | 6/7/05 | 6/7/05 | 6/7/05 | Holster for colt King Cobra |
| | 9 | | 6/7/05 | 6/7/05 | 6/7/05 | Colt King Cobra, .357 Caliber revolver, Serial No. KK5916 |
| | 13 | | 6/7/05 | 6/7/05 | 6/7/05 | Speed Loaders (3), two with ammunition (6 rounds each, hollow point), Speed Loader Pouch, 12 separate .357 caliber rounds |
| | 4 | | 6/7/05 | 6/7/05 | 6/7/05 | Ammunition from inside of SKS, two clips multiple rounds |
| | 5 | | 6/7/05 | 6/7/05 | 6/7/05 | More rounds for SKS, found with other ammunition |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 11 | | 6/7/05 | 6/7/05 | 6/7/05 | Laboratory Report, dated March 3, 2005 |
| | 10 | | 6/7/05 | 6/7/05 | 6/7/05 | Registration for colt King Cobra, .357 caliber revolver, Serial No. KK5916 |
| | 6 | | 6/7/05 | 6/7/05 | 6/7/05 | Firearms Registration for Norinco SKS |
| | 7 | | 6/7/05 | 6/7/05 | 6/7/05 | Firearms I.D. Card (non-concealed) |
| | 18 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of Andersen Building near area where entry was made |
| | 19 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of entry area and worn track showing Rt. 1 |
| | 20 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of trail toward area where apprehended |
| | 21 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of power line area near where apprehended |
| | | | | | | End of DX 2:50:52 |
| | | | | | | CX by Ms. Savo **(2:51:00)** |
| | 18 | | | 6/7/05 | 6/7/05 | Picture of Andersen building near area where entry was made |
| | 19 | | | 6/7/05 | 6/7/05 | Picture of entry area and worn track showing Rt. 1 |
| | 20 | | | 6/7/05 | 6/7/05 | Picture of power line area near where apprehended |
| | 23 | | | 6/7/05 | 6/7/05 | Picture of Andersen AFB Property sign in jungle from access road |
| | | | | | | Re-DX by Mr. Tock **(2:56:09)** |
| | 27 | | 6/7/05 | 6/7/05 | 6/7/05 | Statement of Defendant dated February 23, 2005 |
| | | | | | | Re-CX by Ms. Savo **(2:58:10)** |
| | | | | | | Re-DX by Mr. Tock **(2:58:40)** |
| | | | | | | Re-CX by Ms. Savo **(2:59:20)** |
| | | | | | | Witness Excused **(3:00:02)** |
| | | | | | | **Break** |
| | | | | | | **Mr. Tock called Mr. Casey Ogden as a witness (3:24:50)** |
| | 26 | | 6/7/05 | 6/7/05 | 6/7/05 | Andersen South Map with Route Taken by Defendant |
| | 18 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of Andersen Building near area where entry was made |
| | 19 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of entry area and worn track showing Rt. 1 |
| | 20 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of power line area near where apprehended |
| | 22 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of exit onto paved road toward Andersen South |
| | 21 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of power line area near where apprehended |
| | 26 | | 6/7/05 | 6/7/05 | 6/7/05 | Andersen South Map with Route Taken by Defendant |
| | 22 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of exit onto paved road toward Andersen South |
| | 26 | | 6/7/05 | 6/7/05 | 6/7/05 | Andersen South Map with Route Taken by Defendant |
| | | | | | | CX by Ms. Savo **(3:38:42)** |
| | 26 | | | 6/7/05 | 6/7/05 | Andersen South Map with Route Taken by Defendant |
| | | | | | | Witness Excused **(3:40:32)** |
| | | | | | | **Ms. Savo called Mr. Peter B. Blas to testify (3:41:10)** |
| | | G | 6/7/05 | 6/7/05 | 6/7/05 | Coca Cola Bottle, 1943, Salt Lake City |
| | | H | 6/7/05 | 6/7/05 | 6/7/05 | Coca Cola Bottle, 1944, Oakland |
| | | A | 6/7/05 | 6/7/05 | 6/7/05 | Photograph of Def.'s Truck |
| | | C | 6/7/05 | 6/7/05 | 6/7/05 | Photograph of Passenger Seat |
| | | D | 6/7/05 | 6/7/05 | 6/7/05 | Photograph of Passenger Seat |
| | | E | 6/7/05 | 6/7/05 | 6/7/05 | Photograph View of Cab Interior |
| | | F | 6/7/05 | 6/7/05 | 6/7/05 | Photograph View Behind Passenger's Seat |
| | | | | | | CX by Mr. Tock **(3:55:36)** |
| | 1 | | 6/7/05 | 6/7/05 | 6/7/05 | Machette |
| | 15 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of area apprehended |
| | 31 | | 6/7/05 | 6/7/05 | 6/7/05 | Map of Yigo |
| | | | | | | End of CX 4:08:33 |
| | | | | | | Witness Excused 4:09:00 |