Your Honor,

I just realized that I know the people behind the defendant. I am not sure if these people are his family members.

Please advise if I need to be excused from this case.

thank you.
Juror #9
Arlene Blas

Court's response:
After discussion with both counsel, it was agreed that juror #9 may be excused.

RSW
6/7/05 at 4:30 pm

---

**CR-05-00022**
**U.S.A. vs. PETER B. BLAS**