June 08, 2005

Your Honor,
We the Jury have reached a verdict on [unclear] [unable] to reach an unanimous agreement on Count 1.

Thank-You,
Mary Sling
Foreperson

**FILED**
DISTRICT COURT OF GUAM
JUN -8 2005
MARY L.M. MORAN
CLERK OF COURT
(35)

---

**CR-05-00022**
**U.S.A. -vs- PETER B. BLAS**