```
FILED
DISTRICT COURT OF GUAM
JUN - 8 2005 nba
MARY L.M. MORAN
CLERK OF COURT
```

(36)

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER B. BLAS,<br><br>    Defendant. | Criminal Case No. 05-00022<br><br>**VERDICT FORM** |

We, the Jury, in the above-entitled case unanimously find the Defendant, PETER B. BLAS:

## COUNT 1

In violation of Sections 60109, 60108(e) AND 60121(c) Title 10, Guam Code Annotated, and Sections 7(3) and 13, Title 18, United States Code, Assimilative Crimes Act - Possession of a Concealed Weapon as charged in Count I of the Indictment:

    ( )    NOT GUILTY

    ( )    GUILTY

06-08-05

*We the Jury, are unable to reach an unanimous agreement on a verdict on Count 1.*

[signature] Foreperson

| | |
|---|---|
| 1 | **COUNT 2** |
| 2 | In violation of Section 1382, Title 18, United States Code, Entering Military Property as |
| 3 | charged in Count II of the Indictment: |
| 4 | |
| 5 | ( ) NOT GUILTY |
| 6 | ( X ) GUILTY |
| 7 | |
| 8 | DATED this 8th day of June 2005, at Hagåtña, Guam. |



FORERERSON