

**FILED**
DISTRICT COURT OF GUAM
JUN - 8 2005
MARY L.M. MORAN
CLERK OF COURT
(37)

| | | |
|---|---|---|
| CASE NO. CR-05-00022 | DATE: 06/08/2005 | TIME: 9:19 a.m. |

HON. RICARDO S. MARTINEZ, Designated Judge, Presiding
Law Clerk: None Present
Official Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:19:13 - 11:17:22
CSO: J. Lizama / B. Benavente
Verdict: 4:42:48 - 4:55:42

************************ A P P E A R A N C E S ************************

**DEFT  PETER B. BLAS**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY  KIM SAVO**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK

AGENT:

U.S. PROBATION:

U.S. MARSHAL: S. LUJAN

---

### DAY NO. _2_ OF TRIAL

( X ) JURY TRIAL
( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE  ___ Plaintiff  ___ Defendant
( ) WITNESSES SWORN AND EXAMINED          ( ) EXHIBITS MARKED AND ADMITTED
     SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( X ) CLOSING ARGUMENT BY THE _X_ Plaintiff  _X_ Defendant
( ) TRIAL/DELIBERATION CONTINUED TO:_____at_____
( X ) JURY CHARGED BY COURT
( X ) JURY DELIBERATE AT _11:16 A.M._  ( ) JURY RETURNS VERDICT AT: _4:42 P.M._
( X ) JURY VERDICT: COUNT I - MISTRIAL    COUNT II - GUILTY
( X ) JURY POLLED    ( ) POLLING WAIVED    ( X ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( ) OTHER MATTER(s):

Counsel had no objections to the jury instructions received by the Court. The Court admonished the jurors to consider the facts and the evidence presented in this case.

Mr. Tock stated for the record that Exhibit 14 and Exhibit 25 are not offered and therefore not admitted into evidence.

Sentencing set for September 6, 2005 at 9:00 A.M. Presentence Report is due August 2, 2005.

Mr. Tock requested to replace all physical evidence with photographs. No objection. GRANTED.

Defendant to remain in the custody of the U.S. Marshal.

USPO - mary
ACKNOWLEDGED RECEIPT

By: ___
Date: 6/9/05