peterblasretrialmot

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 13 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00022 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' MOTION AND ORDER FOR RETRIAL** |
| PETER B. BLAS, ) | [R.C.P. 31(b)(3) and 18 U.S.C. § 3161] |
| Defendant. ) | |

COMES NOW the United States and moves this Honorable Court for an order allowing the United States to retry Count 1 in this case pursuant to Rule 31(b)(3), Rules of Criminal Procedure. The facts and circumstances permitting such retrial are as follows:

1. The matter went to trial on 7-8 June 2005; and

2. On 8 June 2005 the jury in this matter returned a verdict of guilty in Count 2, but could not reach a unanimous decision for Count 1; and

3. The court inquired prior to the return of the verdict whether additional time would allow the members of the jury to reach a decision and the foreperson responded in the negative; and

4. Having concluded that the jury could not reach a unanimous decision, and that additional time would not be helpful, the court declared a mistrial.

Since the jury could not agree on a verdict on Count 1, the United States respectfully hereby requests that a trial on Count I be scheduled. In accordance with 18 U.S.C. 3161(d)(e) the retrial of this case should be scheduled within seventy (70) days from the date the action occasioning the retrial becomes final.

The government intends to use the exhibits filed on June 6, 2005, in it's case in chief with the exception of exhibits 14 through 25 and 28 through 30. The government also intends to use all of it's previously filed trial documents, to include the final jury instructions with the exception of instruction nos.10, 19, 21 and 22. Final Jury Instruction No. 2 should be modified to eliminate references to Count 2.

Respectfully submitted this 10th day of June, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ JOSEPH TOCK
JOSEPH TOCK
Special Assistant U.S. Attorney

\*\*\*ORDER\*\*\*

IT IS HEREBY ORDERED in accordance with 18 U.S.C. 3161(d)(e), that a retrial for Count 1 of the Indictment against defendant, PETER B. BLAS, is hereby scheduled for June 15, 2005 at 9:00 a.m. All trial documents previously filed with the court will be used with the exceptions as stated above.

June 13, 2005
DATE

/s/ RICHARDO S. MARTINEZ
RICHARDO S. MARTINEZ
Designated Judge
District Court of Guam

---

[1] The honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington by designation.

RECEIVED
JUN 10 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM