IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

DISTRICT COURT OF GUAM
JUN 13 2005
MARY L.M. MORAN
CLERK OF COURT
(39)

CASE NO. CR-05-00022-001     DATE: 05/13/2005     TIME: 10:29 a.m.

**HON. RICARDO S. MARTINEZ, Designated Judge, Presiding**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:29:59 - 10:39:30
Law Clerk: None Present
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda

*********************APPEARANCES*********************

**DEFT:** PETER B. BLAS                     **ATTY:** KIM SAVO
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK          AGENT:

U.S. PROBATION: JOHN SAN NICOLAS    U.S. MARSHAL: S. LUJAN

INTERPRETER: _____  ( ) SWORN   LANGUAGE: _____
                              ( ) PREVIOUSLY SWORN

**PROCEEDINGS:** - ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE GOVERNMENT
( X ) ARGUMENT BY THE GOVERNMENT/( X ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( X ) ARGUMENT BY THE DEFENDANT
( X ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____

( X ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PRETRIAL RELEASE
( ) REVOCATION OF PROBATION/SUPERVISED RELEASE ___ GRANTED ___ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED (see Revocation or Amended Judgment)
( ) CONDITIONS MODIFIED OR CONTINUED ( see reverse )
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO REMAIN AT LIBERTY
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

The Government recommended detention and stated his reasons. Defense requested for Defendant's release pending sentencing. The Court detained the Defendant pending sentencing and pending the outcome of Defendant's charge on Count I.