peterblasver2

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
JUN 13 2005
MARY L.M. MORAN
CLERK OF COURT
(41)

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00022 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES VERDICT FORM** |
| PETER B. BLAS, ) | |
| Defendant. ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict forms for purposes of this trial.

Respectfully submitted this 13th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Joseph Tock
JOSEPH TOCK
Special Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00022 |
| Plaintiff, | ) | |
| vs. | ) | **V E R D I C T** |
| PETER B. BLAS, | ) | |
| Defendant. | ) | |

We, the Jury, in the above-entitled case unanimously find the Defendant, PETER B. BLAS:

## COUNT 1

Violation of Sections 60109, 60108(e) AND 60121(c) Title 10, Guam Code Annotated, and Sections 7(3) and 13, Title 18, United States Code, Assimilative Crimes Act - Possession of a Concealed Weapon:

/ / NOT GUILTY

/ / GUILTY

## COUNT 2

DATED this _____ day of June 2005, at Hagatna, Guam.

_____
FOREPERSON