We, the jury have reached a unanimous verdict.

Jury Foreman

FILED
DISTRICT COURT OF GUAM
JUN 1 5 2005
MARY L.M. MORAN
CLERK OF COURT

(43)

RECEIVED
JUN 1 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.A. -vs- PETER B. BLAS**
**Criminal Case No. CR-05-00022**