

FILED
DISTRICT COURT OF GUAM
JUN 15 2005
MARY L.M. MORAN
CLERK OF COURT
(44)

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PETER B. BLAS,

    Defendant.

Criminal Case No. 05-00022

**VERDICT FORM**

We, the Jury, in the above-entitled case unanimously find the Defendant, PETER B. BLAS:

### COUNT 1

In violation of Sections 60109, 60108(e) AND 60121(c) Title 10, Guam Code Annotated, and Sections 7(3) and 13, Title 18, United States Code, Assimilative Crimes Act - Possession of a Concealed Weapon as charged in Count I of the Indictment:

(    ) NOT GUILTY
( ✓ ) GUILTY

DATED this 15th day of June 2005, at Hagåtña, Guam.

_____
"FOREPERSON