DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MINUTES - TRIAL**

**FILED**
DISTRICT COURT OF GUAM
JUN 15 2005
MARY L.M. MORAN
CLERK OF COURT
(45)

| | | |
|---|---|---|
| **CASE NO. CR-05-00022** | **DATE: 06/15/2005** | **TIME: 9:19 a.m.** |

***

HON. RICARDO S. MARTINEZ, Designated Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:19:13 - 9:26:24; 9:47:35 - 11:37:01
1:07:55 - 2:20:52; 2:47:05 - 3:54:08; 5:04:24 - 5:10:15

Law Clerk: None Present
Courtroom Deputy: Virginia T. Kilgore
CSO: J. Lizama / B. Benavente

************************** APPEARANCES **************************

**DEFT  PETER B. BLAS**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.

**ATTY  KIM SAVO**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK

AGENT:

U.S. PROBATION: NONE PRESENT

U.S. MARSHAL: S. LUJAN / J. CURRY / W. GRAY

***

**DAY NO. _1_ OF TRIAL**

( X ) JURY TRIAL
( X ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE   _X_ Plaintiff   _X_ Defendant
( X ) WITNESSES SWORN AND EXAMINED              ( X ) EXHIBITS MARKED AND ADMITTED
        *SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)*
( X ) CLOSING ARGUMENT BY THE  _X_ Plaintiff   _X_ Defendant
(  ) TRIAL/DELIBERATION CONTINUED TO:_____at _____
( X ) JURY CHARGED BY COURT
( X ) JURY DELIBERATE AT _3:53 p.m._   ( X ) JURY RETURNS VERDICT AT: _5:04 p.m._
( X ) JURY VERDICT: _GUILTY_
( X ) JURY POLLED     (  ) POLLING WAIVED     ( X ) JURY DISCHARGED
(  ) COURT FINDINGS: _____

(X) SENTENCING: September 6, 2005 at 9:00 a.m.         Presentence Report Due: August 2, 2005

(  ) OTHER MATTER(s):

Defense moved for a judgment of acquittal and stated her reasons. The Court DENIED the motion and stated its reasons. The Court and the parties discussed jury instructions. Juror No. 13 was excused.

| | | UNITED STATES OF AMERICA | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| | | V. | | | | |
| | | PETER B. BLAS | | | Case Number: CR-05-00022 | |

| PRESIDING JUDGE  RICARDO S. MARTINEZ | | | PLAINTIFF'S ATTORNEY  JOSEPH TOCK | | DEFENDANT'S ATTORNEY  KIM SAVO | |
|---|---|---|---|---|---|---|
| HEARING DATE (S)  JUNE 15, 2005 | | | COURT REPORTER  WANDA MILES | | COURTROOM DEPUTY  VIRGINIA T. KILGORE | |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | 6/15/05 | | 6/15/05 | Plaintiff's Exhibits 1 through 13 and 16 - ADMITTED. |
| | | | 6/15/05 | | 6/15/05 | Defendant's Exhibits A through F - ADMITTED. |
| | 1 | | 6/15/05 | | 6/15/05 | Pellet Rifle |
| | 2 | | 6/15/05 | | 6/15/05 | Colt King Cobra, .357 Caliber revolver, Serial No. KK5916 |
| | 3 | | 6/15/05 | | 6/15/05 | Speed Loaders (3), two with ammunition (6 rounds each, hollow point), Speed Loader Pouch, 12 separate .357 caliber rounds |
| | 4 | | 6/15/05 | | 6/15/05 | Holster for Colt King Cobra |
| | 5 | | 6/15/05 | | 6/15/05 | Black Nylon Bag |
| | 6 | | 6/15/05 | | 6/15/05 | Laboratory Report, dated March 3, 2005 |
| | 7 | | 6/15/05 | | 6/15/05 | Registration for colt King Cobra, .357 caliber revolver, Serial No. KK5916 |
| | 8 | | 6/15/05 | | 6/15/05 | Firearms I.D. Card (non-concealed) |
| | 9 | | 6/15/05 | | 6/15/05 | More rounds for SKS, found with other ammunition |
| | 10 | | 6/15/05 | | 6/15/05 | Ammunition from inside of SKS, two clips multiple rounds |
| | 11 | | 6/15/05 | | 6/15/05 | Picture of trail toward area where apprehended |
| | 12 | | 6/15/05 | | 6/15/05 | Picture of power line area near where apprehended |
| | 13 | | 6/15/05 | | 6/15/05 | Picture of area apprehended |
| | 16 | | 6/15/05 | | 6/15/05 | Andersen South Map with Route Taken by Defendant |
| | | A | 6/15/05 | | 6/15/05 | Photograph of Def.'s Truck |
| | | B | 6/15/05 | | 6/15/05 | Photograph of Driver's Side Door |
| | | C | 6/15/05 | | 6/15/05 | Photograph of Passenger Seat |
| | | D | 6/15/05 | | 6/15/05 | Photograph of Passenger Seat |
| | | E | 6/15/05 | | 6/15/05 | Photograph View of Cab Interior |
| | | F | 6/15/05 | | 6/15/05 | Photograph View Behind Passenger's Seat |
| | | | | | | Opening Statement by Mr. Tock (1:08:00) |
| | | | | | | Opening Statement by Ms. Savo (1:16:54) |
| | | | | | | Mr. Tock called Officer Ragadio as a witness (TIME: 1:25:10) |
| | | | | | | CX by Ms. Savo (1:27:49) |
| | | | | | | Re-Dx by Mr. Tock (1:35:16) |
| | | | | | | Witness excused 1:36:00 |
| | | | | | | Mr. Tock called Officer Paul Aguon as a witness (TIME 1:36:14) |
| | 1 | | | | | Pellet Rifle |
| | 5 | | | | | Black Nylon Bag |
| | | | | | | CX by Ms. Savo (1:48:41) |
| | | A | | | | Photograph of Def.'s Truck |
| | | C | | | | Photograph of Passenger Seat |
| | | | | | | Re-DX by Mr. Tock (1:52:22) |
| | | | | | | Witness Excused |
| | | | | | | Mr. Tock called Officer Paul J. Capinas as a witness (TIME 1:53:44) |
| | 1 | | | | | Pellet Rifle |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | C | | | | Photograph of Passenger Seat |
| | 5 | | | | | Black Nylon Bag |
| | | E | | | | Photograph View of Cab Interior |
| | 9 | | | | | More rounds for SKS, found with other ammunition |
| | 10 | | | | | Ammunition from inside of SKS, two clips multiple rounds |
| | 8 | | | | | Firearms I.D. Card (non-concealed) |
| | 7 | | | | | Registration for colt King Cobra, .357 caliber revolver, Serial No. KK5916 |
| | 2 | | | | | Colt King Cobra, .357 Caliber revolver, Serial No. KK5916 |
| | 4 | | | | | Holster for Colt King Cobra |
| | 3 | | | | | Speed Loaders (3), two with ammunition (6 rounds each, hollow point), Speed Loader Pouch, 12 separate .357 caliber rounds |
| | 11 | | | | | Picture of trail toward area where apprehended |
| | 12 | | | | | Picture of power line area near where apprehended |
| | 13 | | | | | Picture of area apprehended |
| | 6 | | | | | Laboratory Report, dated March 3, 2005 |
| | | | | | | CX by Ms. Savo (2:10:10) |
| | | | | | | Re-DX by Mr. Tock (2:12:54) |
| | | | | | | Witness Excused |
| | | | | | | **Plaintiff Rests 2:15:10 and moved to admit Government's Exhibits 9 and 10 - GRANTED** |
| | | | | | | **Moved for a Rule 29 Motion for Judgment of Acquittal - DENIED** |
| | | | | | | **Defense Rests and stated that she will renew her motion** |