(CCC)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant

FILED
DISTRICT COURT OF GUAM
AUG - 3 2005 9P
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00022 |
| Plaintiff, | ) ( | SUBSTITUTION OF ATTORNEYS |
| vs. | ) ( | |
| PETER B. BLAS, | ) ( | |
| Defendant. | ) ( | |

------------

Peter B. Blas, defendant herein, substitutes Howard Trapp Incorporated, Howard Trapp, Esq., as his retained attorney of record in the above-entitled proceeding in the place and stead of the Office of the Federal Public Defender, Kim Savo, Esq., Federal Public Defender, his court-appointed attorney of record in the above-entitled proceeding, each of the undersigned consenting

--------------------

ORIGINAL

(SUBSTITUTION OF ATTORNEYS)
Criminal Case No. 05-00022

hereto.

Dated at Hagåtña, Guam, this 2nd day of August, 2005.

_____
PETER B. BLAS
Defendant

_____
KIM SAVO
For OFFICE OF THE FEDERAL PUBLIC
    DEFENDER
Withdrawing attorney for
    defendant

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Substituting attorney for
    defendant

(DOCUMENT\Subatty.PBlas)

2