(CCC)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM
AUG - 4 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00022 |
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| PETER B. BLAS, | ( | |
| Defendant. | ( | |

Defendant, Howard Trapp Incorporated, Howard Trapp, Esq., and the Office of the Federal Public Defender, Kim Savo, Esq., having each consented hereto, and the Court being fully advised,

IT IS ORDERED that Howard Trapp Incorporated, Howard Trapp, Esq., is substituted as defendant's retained attorney of record in the above-entitled proceeding in the place and stead of the Office of the Federal Public Defender, Kim Savo, Esq., Federal Public Defender, his court-appointed attorney of record in the above-entitled proceeding.

Dated at Hagåtña, Guam, this 4𝓉𝒽 day of August, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

RECEIVED
AUG - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM
ORIGINAL

(DOCUMENT\ORDER.PBlas)