HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM
SEP - 1 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | CR 05-00022 |
| Plaintiff, | ( ) | OBJECTIONS TO PRE-SENTENCE REPORT |
| vs. | ( ) | |
| PETER B. BLAS, | ( ) | |
| Defendant. | ( | |

1. Paragraph 14 of the presentence report states, "The defendant at the time of sentencing will have 93 days of confinement credit."

Blas objects thereto.

The number of days of confinement credit to which Blas will be entitled at the time of sentencing is 95. Of course Blas is entitled to credit for the 93 days he has been detained pending sentence. (Presentence Rep. ¶ 5.) But he is also entitled to credit for the day on which he was arrested (February 23, 2005)

(OBJECTIONS TO PRESENTENCE REPORT)
Criminal Case No. 05-00022

(Presentence Rep. ¶¶ 16-19) and the day on which he was brought before the United States Magistrate Judge and released pending trial (February 24, 2005). (Presentence Rep. ¶ 2.)

  2. Paragraph 61 of the presentence report states, "The maximum penalty for *Count I*: Assimilative Crimes Act—Possession of a Concealed Weapon, 10 GCA § [sic] 60109, 60108 and 60121 and 18 U.S.C. §§ 7(3) and 13 is three years imprisonment."

Blas objects thereto.

The maximum number of years to which Blas may be imprisoned for the offense charged in the first count of the indictment is two. 18 U.S.C. § 13(a) provides,

> Whoever within or upon any of the places now existing or hereafter reserved or acquired as provided in section 7 of this title . . . is guilty of any act or omission which, although not made punishable by any enactment of Congress, would be punishable if committed or omitted within the jurisdiction of the . . . Possession in which such place is situated, by the laws thereof in force at the time of such act or omission, shall be guilty of a like offense and subject to *a like punishment*.

(Emphasis added.) While it is true that subsection (c) of 10 Guam Code Ann. §

(OBJECTIONS TO PRESENTENCE REPORT)
Criminal Case No. 05-00022

60121 provides,

> Any person who carries a concealed firearm without a valid identification card evidencing permission to carry a concealed weapon shall be guilty of a felony which shall be punishable for a term of imprisonment of *not less than three (3) years* and a fine of not less than One Thousand Dollars ($1,000)

(emphasis added), Blas is an offender not previously convicted of a felony (Presentence Rep. ¶ 41), and subsection (j) of § 60121 provides, "Notwithstanding provisions of this Section to the contrary, *in the case of an offender not previously convicted of a felony*, the court may sentence the offender to *not more than two (2) years* imprisonment for an offense established by the provisions of Subsection[ ] . . . (c), of this Section." (Emphasis added.)

Dated, Hagåtña, Guam,

September 1, 2005.

Respectfully submitted,

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(ObjeonPSR.PBlas)

3

## DECLARATION OF SERVICE

I, Leilani D. Ada, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on September 1, 2005, I served the document to which this declaration is annexed on Stephen Guilliot, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy thereof at 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2005, at Hagåtña, Guam.

_____
LEILANI D. ADA

## DECLARATION OF SERVICE

I, Leilani D. Ada, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on September 1, 2005, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2005, at Hagåtña, Guam.

_____
LEILANI D. ADA