(lda)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM
SEP - 1 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00022 |
| Plaintiff, | SENTENCING MEMORANDUM |
| vs. | |
| PETER B. BLAS, | |
| Defendant. | |

------------

The authorized term of imprisonment is not more than two years. (10 Guam Code Ann. § 6021(j).) The authorized term of supervised release is not more than one year. (18 U.S.C. § 3583 (b)(3).) The United States Sentencing Guidelines have become "effectively advisory." (*United States v. Booker*, 125 S.Ct. 738, 757 (2005).) The time Blas will have spent in official detention prior to the date on which his sentence will commence is 95 days. (Objections to Presentence Report 2-

(SENTENCING MEMORANDUM)
CR 05-00022

3.)

The firearm described in the indictment was registered. Blas had a current identification card evidencing his eligibility to possess, use, and carry the firearm described in the indictment. Blas's motive was innocent. He was looking for old Coca-Cola bottles, especially those circa 1941 to 1945. He collects them. He has about 250 old Coca-Cola bottles in his collection. His wife calls him a "pack rat." Blas has no prior conviction whatever.

A sentence of 95 days of imprisonment and one year of supervised release is appropriate.

Dated, Hagåtña, Guam,

September 1, 2005.

Respectfully submitted,

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(DOCUMENTS/SentencingMemoPBLAS)

2

## DECLARATION OF SERVICE

I, Leilani D. Ada, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on September 1, 2005, I served the document to which this declaration is annexed on Stephen Guilliot, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy thereof at 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2005, at Hagåtña, Guam.

_____
LEILANI D. ADA

# DECLARATION OF SERVICE

I, Leilani D. Ada, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on September 1, 2005, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2005, at Hagåtña, Guam.

*Leilani D. Ada*
LEILANI D. ADA