# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

### SENTENCING

FILED
DISTRICT COURT OF GUAM
SEP 06 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00022-001**              **DATE: 09/06/2005**

**HON. S. JAMES OTERO, Designated Judge, Presiding**         Law Clerk: None Present
Court Reporter: Wanda Miles                Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 9:08:20 - 9:39:23**        CSO: B. Pereda

****************************** A P P E A R A N C E S ******************************

**DEFT: PETER B. BLAS**                    **ATTY: HOWARD TRAPP**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD            AGENT:

U.S. PROBATION: STEPHEN GULLIOT            U.S. MARSHAL: S. LUJAN

INTERPRETER: _____   ( ) SWORN      LANGUAGE: _____
                                ( ) PREVIOUSLY SWORN

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:        Total offense level:   12      Criminal History Category:  I

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Requested the Court to sentence the Defendant to a term of time served and supervised release. Defense offered photos to corroborate the Defendant's presence as stated in his sentencing memorandum. The Court received and returned the photos to counsel.

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
The Government adopted the probation officer's recommendation in the presentence report.

( X ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

The Court adopted the findings and conclusions of the presentence investigation report. The Court sustained Mr. Trapp's objections to the presentence report to correct the term of time served to be 95 days with a final determination to be made by the Bureau of Prisons and to the the maximum term of imprisonment to be 2 years.

| SENTENCE: CR-05-00022 | DEFENDANT: PETER B. BLAS |
|---|---|

(X) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF **FIVE MONTHS WITH CREDIT FOR TIME SERVED (95 DAYS) ON COUNT I AND FIVE MONTHS WITH CREDIT FOR TIME SERVED (95 DAYS) ON COUNT II. THE TERMS OF IMPRISONMENT SHALL RUN CONCURRENTLY.**

( ) COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

(X) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF **ONE YEAR**.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL PARTICIPATE IN THE HOME DETENTION COMPONENT OF THE HOME CONFINEMENT PROGRAM FOR A PERIOD OF FIVE MONTHS, AND ABIDE BY ALL THE REQUIREMENTS OF THE PROGRAM WHICH WILL INCLUDE ELECTRONIC MONITORING. THE DEFENDANT IS TO PAY ALL OR PART OF THE COSTS OF THE PROGRAM BASED ON HIS ABILITY TO PAY AS DETERMINED BY THE PROBATION OFFICER. THE DEFENDANT IS TO BE RESTRICTED TO HIS RESIDENCE AT ALL TIMES EXCEPT FOR EMPLOYMENT, EDUCATION, RELIGIOUS SERVICE, MEDICAL, SUBSTANCE ABUSE OR MENTAL HEALTH TREATMENT, ATTORNEY VISITS, COURT APPEARANCES, COURT-ORDERED OBLIGATIONS, OR OTHER ACTIVITIES AS PRE-APPROVED BY THE PROBATION OFFICER.

2. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, AND LOCAL CRIMES.

3. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION.

5. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

6. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR ASSESSMENT AND TREATMENT OF NARCOTIC ADDICTION OR DRUG OR ALCOHOL DEPENDENCY WHICH WILL INCLUDE TESTING FOR THE DETECTION OF SUBSTANCE USE OR ABUSE. IT IS FURTHER RECOMMENDED THAT THE DEFENDANT MAKE A CO-PAYMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

7. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

8. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES.

9. DEFENDANT SHALL SUBMIT TO ONE (1) URINALYSIS WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND, TO TWO MORE URINALYSIS WITHIN SIXTY (60) DAYS THEREAFTER.

10. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE AS APPROVED BY THE U.S. PROBATION OFFICE.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $110.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS. DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.