# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Peter B. Blas,<br><br>       Defendant. | Case No. 1:05-cr-00022<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Notice of Entry, filed September 9, 2005*** on the dates indicated below:

*U.S. Attorney's Office*                    *Howard Trapp*
*September 12, 2005*                       *September 12, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Notice of Entry, filed September 9, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 12, 2005                    /s/ Virginia T. Kilgore
                                                                    Deputy Clerk