(1da)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant



FILED
DISTRICT COURT OF GUAM

SEP 19 2005 9P

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00022 |
| Plaintiff, | ( | NOTICE OF APPEAL |
| vs. | ( | |
| PETER B. BLAS, | ( | |
| Defendant. | ( | |

------------

Notice is hereby given that Peter B. Blas, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of conviction and the otherwise final sentence and each of them entered in this action on the 9th day of September, 2005.

Dated at Hagåtña, Guam, this 14th day of September, 2005.

/s/ HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(Documents\NoticeofAppeal.PBlas)

ORIGINAL