(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM
SEP 28 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | CR 05-00022 |
| Plaintiff, | ( | AGREEMENT (9TH CIR. RULE 10-3.2(b)) |
| vs. | ( | |
| PETER B. BLAS, | ( | |
| Defendant. | ( | |

The plaintiff and defendant agree that defendant shall order the entire transcripts of the arraignment (Mar. 15, 2005), the pretrial conference (June 6, 2005), and the trials (June 7, 8, and 15, 2005).

Dated at Hagåtña, Guam, this 22nd day of September, 2005.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
For JOSEPH TOCK
SPECIAL ASSISTANT U.S. ATTORNEY

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(Agreement.PBlas)