PROB 12B
(7/93)

# United States District Court

for

District of Guam

FILED
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

## Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Peter B. Blas**  Case Number: **CR 05-00022-001**

Name of Sentencing Judicial Officer: S. James Otero

Date of Original Sentence: September 6, 2005

Original Offense: Possession of a Concealed Weapon, in violation of 18 U.S.C. §§ 7(3) and 13 and Entering Military Property, in violation of 18 U.S.C. § 1382.

Original Sentence: Sentenced to five months imprisonment followed by one year of supervised release with conditions to include that the he not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; serve five months home confinement; participate in the assessment and treatment of narcotic addiction or drug or alcohol dependency which will include testing; refrain from use of any and all alcoholic beverages; perform 100 hours of community service; and pay a $110 special assessment fee.

Type of Supervision: Supervised Release  Date Supervision Commenced: November 3, 2005

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant shall perform 100 hours of community service as a sanction for noncompliance.



Report for Modifying the
Conditions or Term of Supervision with
Consent of Offender                                                                                                    page 2

## CAUSE

On September 6, 2005, Peter B. Blas was sentenced by the Honorable S. James Otero for Possession of a Concealed Weapon, in violation of 18 U.S.C. §§ 7(3) and 13 and Entering Military Property, in violation of 18 U.S.C. § 1382. He received a five month term of imprisonment, followed by a one year term of supervised release with various conditions, to include that he refrain from any unlawful use of a controlled substance.

On February 8, 2006, Mr. Blas tested presumptive positive for use of methamphetamine at the drug testing vendor. On February 10, 2006, he met with this Officer to discuss his compliance with drug testing. Mr. Blas executed an admission form, admitting to using methamphetamine on February 6, 2006. In addition, Mr. Blas has provided five urine samples on December 28, 2005, January 10, 28, 31, 2006, and February 6, 2006, which the laboratory was unable to perform confirmation testing due to invalid or dilute urine samples. On January 19, 2006, this Officer met with Mr. Blas to discuss the December 29, 2005 invalid urinalysis and the January 10, 2006 dilute sample. At the advice of Scientific Testing Laboratories, Inc., this Officer instructed him not to consume any fluids at least three (3) hours prior to submitting to a urinalysis or reporting to the U.S. Probation Office. However, Mr. Blas submitted one additional invalid urine sample and two additional dilute samples. He has been instructed to refrain from consuming any additional fluids at least three hours prior to submitting to urinalysis or face additional Court sanctions.

Mr. Blas completed his community service requirement on December 16, 2005. Since November 16, 2005, he has been undergoing drug treatment and testing. He paid his $110 special assessment fee on November 15, 2005, and has been serving his home confinement term since January 30, 2006.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2), to add an additional 100 hours of community service performance as a sanction for Mr. Blas' noncompliance. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Blas' consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date:

Respectfully submitted,

by: FOR: Judy Anne T. Ocampo
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date: 2-23-2006

## THE COURT ORDERS

- [ ] No Action.
- [ ] The Extension of Supervision as Noted Above.
- [x] The Modification of Conditions as Noted Above.
- [ ] Other   The issuance of a Summons or a Warrant (circle one)

RECEIVED FEB 24 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

Signature of Judicial Officer
FRANCES TYDINGCO-GATEWOOD
Designated Judge
February 27, 2006
Date

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall perform an additional 100 hours of community service as approved by the U.S. Probation Office.

Witness: John W. San Nicolas II
U.S. Probation Officer

Signed: Peter Blas
Probationer or Supervised Releasee

2-17-2006
Date