PROB 12B
(7/93)

United States District Court

for

District of Guam



**FILED**
DISTRICT COURT OF GUAM

APR 1 8 2006

MARY L.M. MORAN
CLERK OF COURT

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

| | |
|---|---|
| Name of Offender: **Peter B. Blas** | Case Number: **CR 05-00022-001** |

Name of Sentencing Judicial Officer:  S. James Otero

Date of Original Sentence:  September 6, 2005

Original Offense:  Possession of a Concealed Weapon, in violation of 18 U.S.C. §§ 7(3) and 13 and Entering Military Property, in violation of 18 U.S. C. § 1382.

Original Sentence:  Sentenced to five months imprisonment followed by one year of supervised release with conditions to include that the he not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; serve five months home confinement; participate in the assessment and treatment of narcotic addiction or drug or alcohol dependency which will include testing; refrain from use of any and all alcoholic beverages; perform 100 hours of community service; and pay a $110 special assessment fee. **Modified on February 27, 2006** to include 100 hours of community service as a sanction for noncompliance.

Type of Supervision:  Supervised Release        Date Supervision Commenced:  November 3, 2005

---

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant shall perform 150 hours of community service as a sanction for noncompliance.

RECEIVED

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision with
Consent of Offender                                                                page 2

## CAUSE

On September 6, 2005, Peter B. Blas was sentenced by the Honorable S.James Otero for Possession of a Concealed Weapon, in violation of 18 U.S.C. §§ 7(3) and 13 and Entering Military Property, in violation of 18 U.S.C. § 1382. He received a five month term of imprisonment, followed by a one year term of supervised release with various conditions, to include that he refrain from any unlawful use of a controlled substance.

On March 26, 2006, Mr. Blas tested presumptive positive for use of methamphetamine at the drug testing vendor. On March 27, 2006, he met with this Officer to discuss his compliance with drug testing. Mr. Blas executed an admission form, admitting to using methamphetamine on March 26, 2006. He stated he "screwed up" and will not let it happen again.

Mr. Blas completed his originally ordered community service requirement on December 16, 2005 and completed his Court sanctioned community service requirement on April 7, 2006. Since November 16, 2005, he has been undergoing drug treatment and testing. He paid his $110 special assessment fee on November 15, 2005, and has been serving his home confinement term since January 30, 2006. In addition, Mr. Blas has been returned phase one of the drug treatment and testing program.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2), to add an additional 150 hours of community service performance as a sanction for Mr. Blas' noncompliance. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Blas' consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 4.17.2006

Respectfully submitted,

by:
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date: April 14, 2006

## THE COURT ORDERS

☐ No Action.

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other    The issuance of a Summons or a Warrant (circle one)

Signature of Judicial Officer
ROGER T. BENITEZ, Designated Judge

4/18/06
Date

RECEIVED
APR 17 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall perform an additional 150 hours of community service as approved by the U.S. Probation Office.

Witness: John W. San Nicolas II
U.S. Probation Officer

Signed: Peter Blas
Probationer or Supervised Releasee

4-12-2006
Date