♦PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT
FOR THE
_District of Guam_

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 05-00022-001 |
| PETER BENEVENTE BLAS | |

FILED
DISTRICT COURT OF GUAM
NOV -7 2006
MARY L.M. MORAN
CLERK OF COURT

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **November 2, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
Howard Trapp, Defense Counsel
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 7th day of November 2006.

_____
HON. FRANCIS TYDINGCO-GATEWOOD
Chief Judge
District of Guam

RECEIVED
NOV -7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL