

**FILED**
DISTRICT COURT OF GUAM
MAY 20 2008
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER B. BLAS,<br><br>Defendant. | CRIMINAL CASE NO. 05-00022<br><br>**RECEIPT OF EXHIBITS** |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's     [ ] Defendant's     [ ] Joint

**EXHIBIT NO.**     **DESCRIPTION**

SEE ATTACHED MINUTE ENTRY OF 6/7/2005

SEE ATTACHED MINUTE ENTRY OF 6/15/2005

_____
Signature

EVANGELYN PHELPS
Name

5-20-08
Date

UNITED STATES ATTORNEY'S OFFICE
Office/Firm Receiving Exhibits


FILED
DISTRICT COURT OF GUAM
JUN - 7 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00022    DATE: 06/07/2005    TIME: 9:14 a.m.

***

HON. RICARDO S. MARTINEZ, Designated Judge, Presiding      Law Clerk: None Present
Official Court Reporter: Wanda Miles                        Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:14-22 - 9:20:17; 9:31:18 - 1:10:17    CSO: N. Edrosa / J. Lizama / B. Benavente
11:38:18-12:09:40; 1:36:37-3:03:08; 3:23:06-4:20:10; 4:34:50-4:39:40

*** APPEARANCES ***

**DEFT  PETER B. BLAS**                                    **ATTY  KIM SAVO**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.        ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK                                 AGENT:

U.S. PROBATION:                                            U.S. MARSHAL: S. LUJAN / F. TAITAGUE

***

### DAY NO. _1_ OF TRIAL

( ) JURY TRIAL
( X ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE   _X_ Plaintiff   _X_ Defendant
( X ) WITNESSES SWORN AND EXAMINED        ( X ) EXHIBITS MARKED AND ADMITTED
        SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ____Plaintiff  ____Defendant
( ) TRIAL/DELIBERATION CONTINUED TO: _____ at _____
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____   ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED   ( ) POLLING WAIVED   ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( ) OTHER MATTER(s):

The Court informed counsel and the jurors that trial will begin at 9:00 a.m. and end at 4:30 p.m. with a mid-morning and mid-afternoon break.

Government moved to admit into evidence Exhibits 1 through 30 with the exception of Exhibit 26. No objection. GRANTED. Defense moved to admit Exhibits A through F. She stated she will offer Exhibits G and H during trial once she presents the factual basis and foundation. No objection. GRANTED.

Defense moved for a judgment of acquittal based on the insufficiency of the evidence. The Court DENIED the motion.

Defense moved to admit Exhibits G and H into evidence. No objection. GRANTED. Government moved to admit Exhibit 26 and 31 into evidence. No objection. GRANTED.

Defense renewed its Rule 29 motion. Government objected. The Court DENIED the motion and stated reasons.

The Court and counsel discussed jury instructions. After side bar conference with Counsel Juror No. 9 excused.

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

**UNITED STATES OF AMERICA**

v.

**PETER B. BLAS**

**EXHIBIT AND WITNESS LIST**

Case Number: CR-05-00022

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **RICARDO S. MARTINEZ** | **JOSEPH TOCK** | **KIM SAVO** |
| HEARING DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| JUNE 7, 2005 | WANDA MILES | VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | TRIAL - DAY 1 |
| | | | | | | Opening Statement by Mr. Tock |
| | | | | | | Opening Statement by Ms. Savo |
| | | | | | | (TIME 1:39:27 P.M.) |
| | | | | | | Mr. Tock called Officer Richard Ragadio as a witness |
| | 3 | | 6/7/05 | 6/7/05 | 6/7/05 | Norinco SKS, Serial No. 93-02257 |
| | | | | | | End of DX 1:56:57 |
| | | | | | | CX By Ms. Savo (1:57:03) |
| | 6 | | 6/7/05 | 6/7/05 | 6/7/05 | Firearms Registration for Norinco SKS |
| | | | | | | Re-DX by Mr. Tock (2:04:33) |
| | | | | | | Re-CX by Ms. Savo (2:07:03) |
| | | | | | | Witness excused (2:09:50) |
| | | | | | | Mr. Tock called Officer Paul C. Aguon as a witness (2:11:00) |
| | 2 | | 6/7/05 | 6/7/05 | 6/7/05 | Pellet Rifle |
| | | | | | | CX by Ms. Savo (2:19:50) |
| | | | | | | Re-DX by Mr. Tock (2:22:07) |
| | 1 | | | 6/7/05 | 6/7/05 | Machette |
| | | | | | | Re-CX by Ms. Savo (2:23:56) |
| | | | | | | Witness excused 2:24:26 |
| | | | | | | Mr. Tock called Officer Paul J. Capinas as a witness (2:25:00) |
| | 20 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of trail toward area where apprehended |
| | 30 | | 6/7/05 | 6/7/05 | 6/7/05 | Photo of Anderson South Sign |
| | 29 | | 6/7/05 | 6/7/05 | 6/7/05 | Photo of Anderson Property Sign (2) |
| | 21 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of power line area near where apprehended |
| | 15 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of area apprehended |
| | 23 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of Andersen AFB Property sign in jungle from access road |
| | 24 | | 6/7/05 | 6/7/05 | 6/7/05 | Close-up picture of same sign |
| | 16 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of area where defendant was exiting the jungle |
| | 17 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of area where SKS was thrown |
| | 2 | | 6/7/05 | 6/7/05 | 6/7/05 | Pellet Rifle |
| | 8 | | 6/7/05 | 6/7/05 | 6/7/05 | Black Nylon Bag |
| | 12 | | 6/7/05 | 6/7/05 | 6/7/05 | Holster for colt King Cobra |
| | 9 | | 6/7/05 | 6/7/05 | 6/7/05 | Colt King Cobra, .357 Caliber revolver, Serial No. KK5916 |
| | 13 | | 6/7/05 | 6/7/05 | 6/7/05 | Speed Loaders (3), two with ammunition (6 rounds each, hollow point), Speed Loader Pouch, 12 separate .357 caliber rounds |
| | 4 | | 6/7/05 | 6/7/05 | 6/7/05 | Ammunition from inside of SKS, two clips multiple rounds |
| | 5 | | 6/7/05 | 6/7/05 | 6/7/05 | More rounds for SKS, found with other ammunition |

Page -1-

| PRESIDING JUDGE<br>**RICARDO S. MARTINEZ** | | | | | PLAINTIFF'S ATTORNEY<br>**JOSEPH TOCK** | DEFENDANT'S ATTORNEY<br>**KIM SAVO** |
|---|---|---|---|---|---|---|
| HEARING DATE(S)<br>JUNE 7, 2005 | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |
| 'NT ). | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 11 | | 6/7/05 | 6/7/05 | 6/7/05 | Laboratory Report, dated March 3, 2005 |
| | 10 | | 6/7/05 | 6/7/05 | 6/7/05 | Registration for colt King Cobra, .357 caliber revolver, Serial No. KK5916 |
| | 6 | | 6/7/05 | 6/7/05 | 6/7/05 | Firearms Registration for Norinco SKS |
| | 7 | | 6/7/05 | 6/7/05 | 6/7/05 | Firearms I.D. Card (non-concealed) |
| | 18 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of Andersen Building near area where entry was made |
| | 19 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of entry area and worn track showing Rt. 1 |
| | 20 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of trail toward area where apprehended |
| | 21 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of power line area near where apprehended |
| | | | | | | End of DX 2:50:52 |
| | | | | | | CX by Ms. Savo (2:51:00) |
| | 18 | | | 6/7/05 | 6/7/05 | Picture of Andersen building near area where entry was made |
| | 19 | | | 6/7/05 | 6/7/05 | Picture of entry area and worn track showing Rt. 1 |
| | 20 | | | 6/7/05 | 6/7/05 | Picture of power line area near where apprehended |
| | 23 | | | 6/7/05 | 6/7/05 | Picture of Andersen AFB Property sign in jungle from access road |
| | | | | | | Re-DX by Mr. Tock (2:56:09) |
| | 27 | | 6/7/05 | 6/7/05 | 6/7/05 | Statement of Defendant dated February 23, 2005 |
| | | | | | | Re-CX by Ms. Savo (2:58:10) |
| | | | | | | Re-DX by Mr. Tock (2:58:40) |
| | | | | | | Re-CX by Ms. Savo (2:59:20) |
| | | | | | | Witness Excused (3:00:02) |
| | | | | | | **Break** |
| | | | | | | **Mr. Tock called Mr. Casey Ogden as a witness (3:24:50)** |
| | 26 | | 6/7/05 | 6/7/05 | 6/7/05 | Andersen South Map with Route Taken by Defendant |
| | 18 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of Andersen Building near area where entry was made |
| | 19 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of entry area and worn track showing Rt. 1 |
| | 20 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of power line area near where apprehended |
| | 22 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of exit onto paved road toward Andersen South |
| | 21 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of power line area near where apprehended |
| | 26 | | 6/7/05 | 6/7/05 | 6/7/05 | Andersen South Map with Route Taken by Defendant |
| | 22 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of exit onto paved road toward Andersen South |
| | 26 | | 6/7/05 | 6/7/05 | 6/7/05 | Andersen South Map with Route Taken by Defendant |
| | | | | | | CX by Ms. Savo (3:38:42) |
| | 26 | | | 6/7/05 | 6/7/05 | Andersen South Map with Route Taken by Defendant |
| | | | | | | Witness Excused (3:40:32) |
| | | | | | | **Ms. Savo called Mr. Peter B. Blas to testify (3:41:10)** |
| | | G | 6/7/05 | 6/7/05 | 6/7/05 | Coca Cola Bottle, 1943, Salt Lake City |
| | | H | 6/7/05 | 6/7/05 | 6/7/05 | Coca Cola Bottle, 1944, Oakland |
| | | A | 6/7/05 | 6/7/05 | 6/7/05 | Photograph of Def.'s Truck |
| | | C | 6/7/05 | 6/7/05 | 6/7/05 | Photograph of Passenger Seat |
| | | D | 6/7/05 | 6/7/05 | 6/7/05 | Photograph of Passenger Seat |
| | | E | 6/7/05 | 6/7/05 | 6/7/05 | Photograph View of Cab Interior |
| | | F | 6/7/05 | 6/7/05 | 6/7/05 | Photograph View Behind Passenger's Seat |
| | | | | | | CX by Mr. Tock (3:55:36) |
| | 1 | | 6/7/05 | 6/7/05 | 6/7/05 | Machette |
| | 15 | | 6/7/05 | 6/7/05 | 6/7/05 | Picture of area apprehended |
| | 31 | | 6/7/05 | 6/7/05 | 6/7/05 | Map of Yigo |
| | | | | | | End of CX 4:08:33 |
| | | | | | | Witness Excused 4:09:00 |

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL

FILED
DISTRICT COURT OF GUAM
JUN 15 2005
MARY L.M. MORAN
CLERK OF COURT

(45)

CASE NO. CR-05-00022          DATE: 06/15/2005          TIME: 9:15 a.m.

HON. RICARDO S. MARTINEZ, Designated Judge, Presiding          Law Clerk: None Present
Official Court Reporter: Wanda Miles          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:19:13 - 9:26:24; 9:47:35 - 11:37:01          CSO: J. Lizama / B. Benavente
1:07:55 - 2:20:52; 2:47:05 - 3:54:08; 5:04:24 - 5:10:15

************************************ APPEARANCES ************************************

DEFT  PETER B. BLAS                                    ATTY  KIM SAVO
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.       ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK                             AGENT:

U.S. PROBATION: NONE PRESENT                           U.S. MARSHAL: S. LUJAN / J. CURRY / W. GRAY

DAY NO. __1__ OF TRIAL

( X ) JURY TRIAL
( X ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE  _X_ Plaintiff  _X_ Defendant
( X ) WITNESSES SWORN AND EXAMINED          ( X ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( X ) CLOSING ARGUMENT BY THE _X_ Plaintiff  _X_ Defendant
( ) TRIAL/DELIBERATION CONTINUED TO:_____ at _____
( X ) JURY CHARGED BY COURT
( X ) JURY DELIBERATE AT _3:53 p.m._  ( X ) JURY RETURNS VERDICT AT: _5:04 p.m._
( X ) JURY VERDICT: _GUILTY_
( X ) JURY POLLED     ( ) POLLING WAIVED     ( X ) JURY DISCHARGED
( ) COURT FINDINGS: _____

(X) SENTENCING: September 6, 2005 at 9:00 a.m.     Presentence Report Due: August 2, 2005

( ) OTHER MATTER(s):

Defense moved for a judgment of acquittal and stated her reasons. The Court DENIED the motion and stated its reasons. The Court and the parties discussed jury instructions. Juror No. 13 was excused.

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. PETER B. BLAS | Case Number: CR-05-00022 |

| PRESIDING JUDGE<br>RICARDO S. MARTINEZ | PLAINTIFF'S ATTORNEY<br>JOSEPH TOCK | DEFENDANT'S ATTORNEY<br>KIM SAVO |
|---|---|---|
| HEARING DATE (S)<br>JUNE 15, 2005 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | 6/15/05 | | 6/15/05 | **Plaintiff's Exhibits 1 through 13 and 16 - ADMITTED.** |
| | | | 6/15/05 | | 6/15/05 | **Defendant's Exhibits A through F - ADMITTED.** |
| | 1 | | 6/15/05 | | 6/15/05 | Pellet Rifle |
| | 2 | | 6/15/05 | | 6/15/05 | Colt King Cobra, .357 Caliber revolver, Serial No. KK5916 |
| | 3 | | 6/15/05 | | 6/15/05 | Speed Loaders (3), two with ammunition (6 rounds each, hollow point), Speed Loader Pouch, 12 separate .357 caliber rounds |
| | 4 | | 6/15/05 | | 6/15/05 | Holster for Colt King Cobra |
| | 5 | | 6/15/05 | | 6/15/05 | Black Nylon Bag |
| | 6 | | 6/15/05 | | 6/15/05 | Laboratory Report, dated March 3, 2005 |
| | 7 | | 6/15/05 | | 6/15/05 | Registration for colt King Cobra, .357 caliber revolver, Serial No. KK5916 |
| | 8 | | 6/15/05 | | 6/15/05 | Firearms I.D. Card (non-concealed) |
| | 9 | | 6/15/05 | | 6/15/05 | More rounds for SKS, found with other ammunition |
| | 10 | | 6/15/05 | | 6/15/05 | Ammunition from inside of SKS, two clips multiple rounds |
| | 11 | | 6/15/05 | | 6/15/05 | Picture of trail toward area where apprehended |
| | 12 | | 6/15/05 | | 6/15/05 | Picture of power line area near where apprehended |
| | 13 | | 6/15/05 | | 6/15/05 | Picture of area apprehended |
| | 16 | | 6/15/05 | | 6/15/05 | Andersen South Map with Route Taken by Defendant |
| | | A | 6/15/05 | | 6/15/05 | Photograph of Def.'s Truck |
| | | B | 6/15/05 | | 6/15/05 | Photograph of Driver's Side Door |
| | | C | 6/15/05 | | 6/15/05 | Photograph of Passenger Seat |
| | | D | 6/15/05 | | 6/15/05 | Photograph of Passenger Seat |
| | | E | 6/15/05 | | 6/15/05 | Photograph View of Cab Interior |
| | | F | 6/15/05 | | 6/15/05 | Photograph View Behind Passenger's Seat |
| | | | | | | **Opening Statement by Mr. Tock (1:08:00)** |
| | | | | | | **Opening Statement by Ms. Savo (1:16:54)** |
| | | | | | | **Mr. Tock called Officer Ragadio as a witness (TIME: 1:25:10)** |
| | | | | | | CX by Ms. Savo (1:27:49) |
| | | | | | | Re-Dx by Mr. Tock (1:35:16) |
| | | | | | | Witness excused 1:36:00 |
| | | | | | | **Mr. Tock called Officer Paul Aguon as a witness (TIME 1:36:14)** |
| | 1 | | | | | Pellet Rifle |
| | 5 | | | | | Black Nylon Bag |
| | | | | | | CX by Ms. Savo (1:48:41) |
| | | A | | | | Photograph of Def.'s Truck |
| | | C | | | | Photograph of Passenger Seat |
| | | | | | | Re-DX by Mr. Tock (1:52:22) |
| | | | | | | Witness Excused |
| | | | | | | **Mr. Tock called Officer Paul J. Capinas as a witness (TIME 1:53:44)** |
| | 1 | | | | | Pellet Rifle |

| PRESIDING JUDGE **RICARDO S. MARTINEZ** | | | | | PLAINTIFF'S ATTORNEY **JOSEPH TOCK** | DEFENDANT'S ATTORNEY **KIM SAVO** |
|---|---|---|---|---|---|---|
| HEARING DATE(S) JUNE 15, 2005 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY VIRGINIA T. KILGORE |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | C | | | | Photograph of Passenger Seat |
| | 5 | | | | | Black Nylon Bag |
| | | E | | | | Photograph View of Cab Interior |
| | 9 | | | | | More rounds for SKS, found with other ammunition |
| | 10 | | | | | Ammunition from inside of SKS, two clips multiple rounds |
| | 8 | | | | | Firearms I.D. Card (non-concealed) |
| | 7 | | | | | Registration for colt King Cobra, .357 caliber revolver, Serial No. KK5916 |
| | 2 | | | | | Colt King Cobra, .357 Caliber revolver, Serial No. KK5916 |
| | 4 | | | | | Holster for Colt King Cobra |
| | 3 | | | | | Speed Loaders (3), two with ammunition (6 rounds each, hollow point), Speed Loader Pouch, 12 separate .357 caliber rounds |
| | 11 | | | | | Picture of trail toward area where apprehended |
| | 12 | | | | | Picture of power line area near where apprehended |
| | 13 | | | | | Picture of area apprehended |
| | 6 | | | | | Laboratory Report, dated March 3, 2005 |
| | | | | | | CX by Ms. Savo (2:10:10) |
| | | | | | | Re-DX by Mr. Tock (2:12:54) |
| | | | | | | Witness Excused |
| | | | | | | **Plaintiff Rests 2:15:10 and moved to admit Government's Exhibits 9 and 10 - GRANTED** |
| | | | | | | **Moved for a Rule 29 Motion for Judgment of Acquittal - DENIED** |
| | | | | | | **Defense Rests and stated that she will renew her motion** |