
**FILED**
DISTRICT COURT OF GUAM

JUN 0 5 2008

JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER B. BLAS,<br><br>Defendant. | CRIMINAL CASE NO. 05-00022-001<br><br>RECEIPT OF EXHIBITS |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ ] Government's        [X] Defendant's        [ ] Joint

**EXHIBIT NO.**    **DESCRIPTION**

See attached Defendant's Amended Exhibit List

_____
Signature

Charles R. Tritone
Name

6-5-08
Date

Howard Trapp, Inc.
Office/Firm Receiving Exhibits

JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
PETER B. BLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00022 |
|---|---|
| Plaintiff, | ) DEFENDANT'S AMENDED EXHIBIT |
| vs. | ) LIST |
| PETER B. BLAS, | ) |
| Defendant. | ) |

Defendant, Peter B. Blas, by and through his attorney of record, Assistant Federal Public Defender Kim Savo, respectfully lodges a list of proposed exhibits to be introduced in his case-in-chief.

| LTR. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| A. | Photograph of Def.'s Truck | 6-7 | 6-7-05 |
| B. | Photograph of Driver's Side Door | 6-7* | 6-7 |
| C. | Photograph of Passenger Seat | 6-7 | 6-7 |
| D. | Photograph View of Cab Interior | 6-7 | 6-7 |
| E. | Photograph View Behind Driver's Seat | 6-7 | 6-7 |
| F. | Photograph View Behind Passenger's Seat | 6-7 | 6-7 |
| G. | Coca Cola Bottle, 1943, Salt Lake City | 6-7 | 6-7 |
| H. | Coca Cola Bottle, 1944, Oakland | 6-7 | 6-7 |

DATED: Mongmong, Guam, June 7, 2005.

/s/ Kim Savo

KIM SAVO
Attorney for Defendant
PETER B. BLAS

2

## CERTIFICATE OF SERVICE

I, KIM SAVO, hereby certify that a true and exact copy of the foregoing document was hand-delivered to the following on June 7, 2005:

JOSEPH TOCK
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, June 7, 2005.

_____
KIM SAVO
Attorney for Defendant
PETER B. BLAS